**Order entered February 5, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01751-CV

**UNIVERSITY GENERAL HOSPITAL, L.P., ET AL., Appellants**

**V.**

**REED MIGRAINE CENTERS OF TEXAS, PLLC, ET AL., Appellees**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02875-A**

## ORDER

We **GRANT** appellees' February 3, 2014 unopposed motion for extension of time to file

response and **ORDER** the response be filed no later than February 7, 2014

/s/    ELIZABETH LANG-MIERS
       JUSTICE